**STATE of Missouri, Respondent,**

v.

**Dale JACKSON, Appellant.**

No. 74707.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Amy M. Bartholow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Anne E. Hawley, Jefferson City, Missouri, Assistant Attorney General, for respondent.

Before: HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Dale Jackson, appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of first degree burglary, RSMo section 569.160,[1] and stealing over $150.00, RSMo section 570.030. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 1994.